

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00276-CV
### and
### No. 10-13-00315-CV

## IN THE INTEREST OF A.C., R.P., AND A.P., CHILDREN

### From the 74th District Court
### McLennan County, Texas
### Trial Court No. 2012-1355-3

## MEMORANDUM OPINION

The parental rights of David as to his children, A.P. and R.P., were terminated. The parental rights of Mary as to her children, A.P., R.P., and A.C. were also terminated. Both David and Mary filed separate notices of appeal. David has now filed a motion to dismiss his appeal.[1] *See* TEX. R. APP. P. 42.2(a).

On our own motion, we sever David's appeal from Mary's appeal. *See* TEX. R. APP. P. 43.6. The Clerk shall docket David's appeal as 10-13-00315-CV, styled in the Interest of A.P. and R.P., Children. That appeal is dismissed.

---

[1] David and Mary are pseudonyms to protect the identities of the parties in compliance with Rule 9.8 of the Texas Rules of Appellate procedure. TEX. R. APP. P. 9.8(b)(2).

Mary's appeal, appellate case number 10-13-00276-CV, remains pending.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal severed and dismissed
Opinion delivered and filed September 12, 2013
[CV06]